IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AZEEZ MUHAMMAD                                              PLAINTIFF

v.                        No. 5:15-cv-240-DPM-JTK

JERALD ROBINSON, Sheriff;
GREG BOLIN, Chief, Dub Brassell
Detention Center; EDWARD ADAMS,
Captain, Dub Brassell Detention Center; and
TYLER, Major, Dub Brassell Detention Center         DEFENDANTS

ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Muhammad's claims against Sheriff Robinson are dismissed without prejudice for failure to state a claim.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 August 2015