IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AZEEZ MUHAMMAD                                                              PLAINTIFF

v.                              No. 5:15-cv-240-DPM

GREG BOLIN, Chief, Dub Brassell Detention
Center; EDWARD ADAMS, Captain, Dub Brassell
Detention Center; and TYRA TYLER, Major, Dub
Brassell Detention Center                                                   DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation, № 28, and overrules Muhammad's objections, № 29. FED. R. CIV. P. 72(b)(3). Defendants' motion for summary judgment, № 19, is granted. Muhammad's claims against Bolin, Adams, and Tyler will be dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 May 2016