IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AZEEZ MUHAMMAD                                                              PLAINTIFF

v.                              No. 5:15-cv-240-DPM

JERALD ROBINSON, Sheriff; GREG BOLIN,
Chief, Dub Brassell Detention Center; EDWARD
ADAMS, Captain, Dub Brassell Detention Center;
and TYRA TYLER, Major, Dub Brassell Detention
Center                                                                      DEFENDANTS

## JUDGMENT

1. Muhammad's claims against Robinson are dismissed without prejudice.

2. Muhammad's claims against Bolin, Adams, and Tyler are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 May 2016